IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESSE WAYNE DIXON, #209012** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 12-0572-WS-C |
| **CHRIS FRANK,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 25, 2013 is ADOPTED as the opinion of this Court.

**DONE** this 18th day of July, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**