IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE WAYNE DIXON, #209012 | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 12-0572-WS-C |
| CHRIS FRANK, *et al.*, | : |
| Defendants. | : |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that that this malicious civil action be and is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915A(b)(1) & 1915(e)(2)(B)(i).

**DONE** this 18th day of July, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**