# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JESSE WAYNE DIXON, etc., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION 12-0572-WS-C ) |
| CHRIS FRANK, et al., | ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT & RECOMMENDATION

Having considered the Report and Recommendation (Doc. 36), and there being no objections thereto, the findings and conclusions of the Magistrate Judge are adopted. The Clerk of Court is directed to supplement the record and return it to the Eleventh Circuit Court of Appeals for further proceedings as ordered.

DONE and ORDERED this 14th day of May, 2014.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE